# Exhibit 3

<table>
<tr><th>US10195513B2</th><th>TELTONIKA FMB920 (“The accused product”)</th></tr>
<tr><td>1. An Internet of Things (IOT) device, comprising:</td><td>
The accused product is an Internet of Things (IOT) device (e.g., a smart GPS tracker).

As shown below, the accused product is a smart tracker that provides remote monitoring and access control.




https://www.teltonika-gps.com/products/trackers/basic/fmb920
</td></tr>
</table>

| | |
|---|---|
| | **Overview**<br><br>Teltonika FMB920 is compact and smart tracker with Bluetooth connectivity, internal High Gain GNSS and GSM antennas and integrated backup battery. FMB920 is designed for light vehicles tracking in applications like insurance telematics, rental cars, recovery of stolen cars, public safety services, delivery transport, taxi and much more. Inputs/outputs extend device usage scenarios. Digital input can be used for ignition, door or alarm button status monitoring. Vehicle remote immobilizing may be achieved using FMB920 digital output.<br><br>https://wiki.teltonika-gps.com/view/FMB920_Getting_Started_with_AWS_IoT_Core<br><br>Main Page > Basic Trackers > FMB920 > FMB920 Manual > **FMB920 General description**<br><br>FMB920 is a tracking terminal with GNSS and GSM connectivity, which is able to collect device coordinates and transfer them via GSM network to a server. This device is perfectly suitable for applications, which require the location acquirement of remote objects.<br><br>https://wiki.teltonika-gps.com/view/FMB920_General_description |

| | |
|---|---|
| | FMB920 integration into blockchain ensures secure transactions and operations, as it can recognise and respond to commands issued by verified users on the network. Teltonika tracker provides the location coordinates of a specific barrier, acting as a bridge between the physical barrier and the digital control provided by the blockchain and a dedicated mobile app.<br><br>Platforms of blockchain technology, a universal communication standard for IoT devices, provide a secure and transparent platform for transactions and data exchange. It enables the issuing of virtual keys in the form of NFTs (Non-Fungible Tokens) to verified users. These virtual keys can perform actions, such as opening barriers, without the need for physical interaction or the presence of third-party security personnel. The inherent security features of the blockchain ensure that the keys cannot be duplicated or misused, as only authorised users can initiate and execute such transactions.<br><br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology<br><br>**How it works** - even though FMB920 is designed to be mounted on vehicles, here the GPS tracker must be connected to existing control mechanisms on gates or barriers. It is equipped with a SIM card that connects it to the cellular network, allowing remote communication and control.<br><br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology |
| a processor;<br><br>a sensor coupled to the processor; | The accused product discloses a processor (e.g., processor of the accused product) and a sensor (e.g., GNSS sensors, etc.) coupled to the processor (e.g., processor of the accused product).<br><br>As shown below, the accused product comprises a processor coupled to an integrated GNSS |

sensor that collects location coordinates for processing and transmission to a server.

TELTONIKA Products Use cases Support Resources About us EN CONTACT US

FMB920 Use cases Features Specifications Support Ordering Accessories Solutions

**GNSS**

| | |
|---|---|
| GNSS | GPS, GLONASS, GALILEO, BEIDOU, SBAS, QZSS, DGPS, AGPS |

https://www.teltonika-gps.com/products/trackers/basic/fmb920

- Integrated GNSS receiver;
- Up to -165 dBm GNSS receiver sensitivity.

https://wiki.teltonika-gps.com/view/FMB920_General_description

Main Page > Basic Trackers > FMB920 > FMB920 Manual > **FMB920 General description**

FMB920 is a tracking terminal with GNSS and GSM connectivity, which is able to collect device coordinates and transfer them via GSM network to a server. This device is perfectly suitable for applications, which require the location acquirement of remote objects.

https://wiki.teltonika-gps.com/view/FMB920_General_description

<table>
<tr>
<td></td>
<td>FMB920 integration into blockchain ensures secure transactions and operations, as it can recognise and respond to commands issued by verified users on the network. Teltonika tracker provides the location coordinates of a specific barrier, acting as a bridge between the physical barrier and the digital control provided by the blockchain and a dedicated mobile app.<br><br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology</td>
</tr>
<tr>
<td>a transceiver; and</td>
<td>The accused product discloses a transceiver (e.g., GSM/GPRS cellular module of the accused product).<br><br>As shown below, the accused product comprises a GSM/GPRS cellular transceiver that provides wireless data transfer and communication over a cellular network.<br><br>FMB920 Use cases Features Specifications Support Ordering Accessories Solutions<br><br>Cellular<br><br>Technology: GSM<br>2G bands: Quad-band 850 / 900 / 1800 / 1900 MHz<br>Data transfer: GPRS Multi-Slot Class 12 (up to 240 kbps), GPRS Mobile Station Class B<br>Data support: SMS (text/data)<br><br>https://www.teltonika-gps.com/products/trackers/basic/fmb920</td>
</tr>
</table>

<table>
<tr>
<td></td>
<td>

## Basic characteristics

GSM / GPRS / GNSS features:

- Teltonika TM2500 quad band module (GSM 850 / 900 / 1800 / 1900 MHz);
- GPRS class 12 (Up to 240 kbps);
- SMS (text, data);
- Integrated GNSS receiver;
- Up to -165 dBm GNSS receiver sensitivity.

https://wiki.teltonika-gps.com/view/FMB920_General_description

Main Page > Basic Trackers > FMB920 > FMB920 Manual > **FMB920 General description**

FMB920 is a tracking terminal with GNSS and GSM connectivity, which is able to collect device coordinates and transfer them via GSM network to a server. This device is perfectly suitable for applications, which require the location acquirement of remote objects.

https://wiki.teltonika-gps.com/view/FMB920_General_description

</td>
</tr>
<tr>
<td>a module for processing a smart contract in a blockchain with the</td>
<td>The accused product discloses a module (e.g., module of the accused product such as TM2500, etc.) for processing a smart contract (e.g., smart contract for authorizing access, etc.) in a blockchain with the blockchain address (e.g., a unique block chain address of the accused product), the processor (e.g., the processor of the accused product) storing</td>
</tr>
</table>

| | |
|---|---|
| blockchain address, the processor storing tamperproof events on the blockchain or a side chain, the processor executing terms of the smart contract and a module for forming a contract between the processor and another machine. | tamperproof events (e.g., access transaction events, location events, etc.) on the blockchain or a side chain, the processor (e.g., the processor of the accused product) executing terms of the smart contract (e.g., processes an authorized open command, access, etc.) and a module (e.g., module of the accused product such as TM2500, etc.) for forming a contract (e.g., a smart contract) between the processor (e.g., the processor of the accused product) and another machine (e.g., connected barrier-control mechanism, etc.).<br><br>As shown below, the accused product is a GPS tracker mounted on barriers, etc. It is integrated with a blockchain-based system that can identify a barrier using a unique blockchain address and authorize access, such as opening a barrier. When a user selects a barrier through the smartphone application, the application sends an open command through the blockchain network. Further, the processor of the accused product recognizes that the command was issued by a verified user, processes it in accordance with the smart-contract terms and communicates with the connected barrier-control mechanism to open the selected barrier. These related access transactions are stored as a tamperproof record on blockchain.<br><br>**PRODUCT SPECIFICATIONS**<br><br>**Module**<br><br>**Name** Teltonika TM2500<br>**Technology** GSM/GPRS/GNSS/BLUETOOTH® LE |

| | |
|---|---|
| | https://www.teltonika-gps.com/products/trackers/basic/fmb920<br><br>The solution involves the integration of one of Teltonika GPS trackers, blockchain technology, the dedicated mobile app, and smartphones to provide a seamless and secure method of admission control in various public spaces with limited access, such as housing estates, schools, office buildings, hospitals, etc. Here, for demonstration purposes, we choose the BASIC category GPS tracker FMB920 with a special customised version of the firmware.<br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology<br><br>Main Page > Basic Trackers > FMB920 > FMB920 Manual > **FMB920 General description**<br><br>FMB920 is a tracking terminal with GNSS and GSM connectivity, which is able to collect device coordinates and transfer them via GSM network to a server. This device is perfectly suitable for applications, which require the location acquirement of remote objects.<br><br>https://wiki.teltonika-gps.com/view/FMB920_General_description<br><br>FMB920 integration into blockchain ensures secure transactions and operations, as it can recognise and respond to commands issued by verified users on the network. Teltonika tracker provides the location coordinates of a specific barrier, acting as a bridge between the physical barrier and the digital control provided by the blockchain and a dedicated mobile app.<br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps- |

| | |
|---|---|
| | trackers-and-blockchain-technology<br><br>**BENEFITS**<br><br>• **Enhanced security** - blockchain's immutable ledger ensures secure, tamper-proof data transactions for access control.<br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology<br><br>**How Blockchain Improves IoT Security**<br><br>**Core Security Benefits**<br><br>• **Immutable device identities:** Each device gets a unique, verifiable identity.<br>https://www.blockchain-council.org/blockchain/blockchain-for-iot-device-security/<br><br>Devices with associated addresses can safely transact currency, data and enforce access control mechanisms. Now I can trust that IoT device, since in fact I'm putting trust in the mathematics behind the blockchain.<br>https://medium.com/anyledger/why-iot-and-blockchain-are-a-perfect-match-4d5b6e2a1a02 |

Blockchain encrypts the blocks that are added to the chain. Encryption here is the combination of public and private keys- public keys being the address of the users on the blockchain network. An address looks like **1K31KZXjcochXpRhjH9g5MxFFTHPi2zEXb.** Any transaction between the parties is recorded by their addresses which are difficult to track making the involved parties anonymous (That is why ransom was demanded in bitcoins to stop ransomware attacks).

https://www.esds.co.in/blog/everything-need-know-blockchain/

As shown below, the accused product is connected to a barrier and stores its GNSS location data. The accused product acts as a bridge between the physical barrier and the blockchain-based mobile application. When a user selects the barrier through a smartphone, the application sends an open command through the blockchain network, and the accused product opens the selected barrier. These related access transactions and location data is securely recorded on the blockchain.

**How it works** - even though FMB920 is designed to be mounted on vehicles, here the GPS tracker must be connected to existing control mechanisms on gates or barriers. It is equipped with a SIM card that connects it to the cellular network, allowing remote communication and control.

https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology

| | |
|---|---|
| | Platforms of blockchain technology, a universal communication standard for IoT devices, provide a secure and transparent platform for transactions and data exchange. It enables the issuing of virtual keys in the form of NFTs (Non-Fungible Tokens) to verified users. These virtual keys can perform actions, such as opening barriers, without the need for physical interaction or the presence of third-party security personnel. The inherent security features of the blockchain ensure that the keys cannot be duplicated or misused, as only authorised users can initiate and execute such transactions.<br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology<br><br>The dedicated mobile app is a user interface allowing individuals to interact with the system via smartphones. Users can open barriers remotely using the app, which communicates the command via the blockchain to Teltonika device that controls the barrier. The app's functionality includes generating single-use keys for temporary access, which is particularly useful for guests or emergencies where immediate access is required without compromising security.<br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology |

| | |
|---|---|
| | Finally, smartphones play a crucial role in this system, serving as the device through which users interact with the dedicated app. Thanks to it, the rushing drivers can select the barrier they want to open on a virtual map, and the app communicates this command to the blockchain network, which then signals FMB920 tracker to open the chosen barrier.<br><br>This direct communication between the smartphone and the barrier mechanism, facilitated by GPS trackers and blockchain technology, allows a seamless, secure, and efficient way of access control. For example, an ambulance crew responding to an incident can open a barrier remotely using a smartphone without stopping and wasting valuable time, while saving the lives and health of people in need.<br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology |

| | |
|---|---|
| |   https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology |

| | |
|---|---|
| | TELTONIKA EN CONTACT US<br><br>In summary, this solution combines the reliability and connectivity of Teltonika FMB920 tracking device with the security and transparency of blockchain technology, and the accessibility of smartphones to create a sophisticated, efficient, and secure access control system suitable for smart city, business, or individual applications, as well as utility transport, and emergency services.<br><br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology |