# Exhibit 4

| US9849364 | TELTONIKA FMB920 (“The accused product”) |
|---|---|
| 1. A device, comprising:<br><br>a body having a blockchain address, a processor to identify the body in a blockchain with the blockchain address and a wireless transceiver; | The accused product is a device comprising a body (e.g., a physical enclosure of the accused product) having a blockchain address (e.g., a unique block chain address of the accused product), a processor (e.g., a processor of the accused product such as TM2500, etc.) to identify the body in a blockchain (e.g., blockchain based barrier identification via the accused product to open barrier, etc.) with the blockchain address (e.g., a unique block chain address of the accused product ) and a wireless transceiver (e.g., GSM/GPRS cellular module of the accused product).<br><br>As shown below, the accused product is a GPS tracker mounted on barriers, etc. It is integrated with a blockchain-based system that can identify a barrier using a unique blockchain address and authorize access, such as opening a barrier. It comprises a TM2500 processor to process and respond to commands associated with the identified barrier. The device further includes a GSM/GPRS cellular module that provides wireless communication with the remote system. |




https://www.teltonika-gps.com/products/trackers/basic/fmb920




https://www.teltonika-gps.com/products/trackers/basic/fmb920

## Module

| | |
|---|---|
| **Name** | Teltonika TM2500 |
| **Technology** | GSM/GPRS/GNSS/BLUETOOTH® LE |

https://www.teltonika-gps.com/products/trackers/basic/fmb920

| | |
|---|---|
| | FMB920 Use cases Features Specifications Support Ordering Accessories Solutions<br><br>**Cellular**<br><br>**Technology** GSM<br>**2G bands** Quad-band 850 / 900 / 1800 / 1900 MHz<br>**Data transfer** GPRS Multi-Slot Class 12 (up to 240 kbps), GPRS Mobile Station Class B<br>**Data support** SMS (text/data)<br><br>https://www.teltonika-gps.com/products/trackers/basic/fmb920<br><br>**Interface**<br><br>**Digital Inputs** 1<br>**Digital Outputs** 1<br>**Analog Inputs** 1<br>**GNSS antenna** Internal High Gain<br>**Cellular antenna** Internal High Gain<br><br>https://www.teltonika-gps.com/products/trackers/basic/fmb920 |

**GNSS**

| | |
|---|---|
| **GNSS** | GPS, GLONASS, GALILEO, BEIDOU, SBAS, QZSS, DGPS, AGPS |
| **Receiver** | 33 tracking channels<br>99 acquisition channels |

https://www.teltonika-gps.com/products/trackers/basic/fmb920

The solution involves the integration of one of Teltonika GPS trackers, blockchain technology, the dedicated mobile app, and smartphones to provide a seamless and secure method of admission control in various public spaces with limited access, such as housing estates, schools, office buildings, hospitals, etc. Here, for demonstration purposes, we choose the BASIC category GPS tracker FMB920 with a special customised version of the firmware.

https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology

FMB920 integration into blockchain ensures secure transactions and operations, as it can recognise and respond to commands issued by verified users on the network. Teltonika tracker provides the location coordinates of a specific barrier, acting as a bridge between the physical barrier and the digital control provided by the blockchain and a dedicated mobile app.

https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology

| | |
|---|---|
| | **How it works** - even though FMB920 is designed to be mounted on vehicles, here the GPS tracker must be connected to existing control mechanisms on gates or barriers. It is equipped with a SIM card that connects it to the cellular network, allowing remote communication and control.<br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology |

| | |
|---|---|
| | <br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology |

| | |
|---|---|
| | **BENEFITS**<br><br>• **Enhanced security** - blockchain's immutable ledger ensures secure, tamper-proof data transactions for access control.<br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology<br><br>**How Blockchain Improves IoT Security**<br><br>**Core Security Benefits**<br><br>• **Immutable device identities:** Each device gets a unique, verifiable identity.<br>https://www.blockchain-council.org/blockchain/blockchain-for-iot-device-security/<br><br>Devices with associated addresses can safely transact currency, data and enforce access control mechanisms. Now I can trust that IoT device, since in fact I'm putting trust in the mathematics behind the blockchain.<br>https://medium.com/anyledger/why-iot-and-blockchain-are-a-perfect-match-4d5b6e2a1a02 |

| | |
|---|---|
| | Platforms of blockchain technology, a universal communication standard for IoT devices, provide a secure and transparent platform for transactions and data exchange. It enables the issuing of virtual keys in the form of NFTs (Non-Fungible Tokens) to verified users. These virtual keys can perform actions, such as opening barriers, without the need for physical interaction or the presence of third-party security personnel. The inherent security features of the blockchain ensure that the keys cannot be duplicated or misused, as only authorised users can initiate and execute such transactions.<br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology<br><br>Blockchain encrypts the blocks that are added to the chain. Encryption here is the combination of public and private keys- public keys being the address of the users on the blockchain network. An address looks like **1K31KZXjcochXpRhjH9g5MxFFTHPi2zEXb.** Any transaction between the parties is recorded by their addresses which are difficult to track making the involved parties anonymous (That is why ransom was demanded in bitcoins to stop ransomware attacks).<br>https://www.esds.co.in/blog/everything-need-know-blockchain/ |
| a sensor coupled to the body and the wireless transceiver to store tamperproof | The accused product discloses a sensor (e.g., a GNSS sensor) coupled to the body (e.g., physical enclosure of the accused product) and the wireless transceiver (e.g., GSM/GPRS cellular module of the accused product) to store tamperproof sensor events (e.g., blockchain-secured location records, events, etc.) on the blockchain. |

| | |
|---|---|
| sensor events on the blockchain; and | As shown below, the accused product is a GPS tracker mounted on barriers, etc. It comprises a GNSS sensor within its body that collects location coordinates of the barriers. It comprises a GNSS sensor that collects the barrier's location coordinates and a GSM/GPRS wireless transceiver that transmits the coordinates over a cellular network for enabling remote access of the barriers. The accused product integrates with a blockchain-based system that identifies a barrier using a unique blockchain address and authorizes remote-access operations, such as opening the barrier, etc. The associated access transactions and location information are recorded on the blockchain as secure, tamperproof records.<br><br>The solution involves the integration of one of Teltonika GPS trackers, blockchain technology, the dedicated mobile app, and smartphones to provide a seamless and secure method of admission control in various public spaces with limited access, such as housing estates, schools, office buildings, hospitals, etc. Here, for demonstration purposes, we choose the BASIC category GPS tracker FMB920 with a special customised version of the firmware.<br><br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology<br><br><br><br>https://www.teltonika-gps.com/products/trackers/basic/fmb920 |

FMB920 Use cases Features Specifications Support Ordering Accessories Solutions

**Cellular**

| | |
|---|---|
| **Technology** | GSM |
| **2G bands** | Quad-band 850 / 900 / 1800 / 1900 MHz |
| **Data transfer** | GPRS Multi-Slot Class 12 (up to 240 kbps), GPRS Mobile Station Class B |
| **Data support** | SMS (text/data) |

https://www.teltonika-gps.com/products/trackers/basic/fmb920

Main Page > Basic Trackers > FMB920 > FMB920 Manual > **FMB920 General description**

FMB920 is a tracking terminal with GNSS and GSM connectivity, which is able to collect device coordinates and transfer them via GSM network to a server. This device is perfectly suitable for applications, which require the location acquirement of remote objects.

https://wiki.teltonika-gps.com/view/FMB920_General_description

FMB920 integration into blockchain ensures secure transactions and operations, as it can recognise and respond to commands issued by verified users on the network. Teltonika tracker provides the location coordinates of a specific barrier, acting as a bridge between the physical barrier and the digital control provided by the blockchain and a dedicated mobile app.

| | |
|---|---|
| | https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology<br><br>**BENEFITS**<br><br>• **Enhanced security** - blockchain's immutable ledger ensures secure, tamper-proof data transactions for access control.<br><br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology<br><br>**How Blockchain Improves IoT Security**<br><br>**Core Security Benefits**<br><br>• **Immutable device identities:** Each device gets a unique, verifiable identity.<br><br>https://www.blockchain-council.org/blockchain/blockchain-for-iot-device-security/<br><br>Devices with associated addresses can safely transact currency, data and enforce access control mechanisms. Now I can trust that IoT device, since in fact I'm putting trust in the mathematics behind the blockchain.<br><br>https://medium.com/anyledger/why-iot-and-blockchain-are-a-perfect-match-4d5b6e2a1a02 |

| | |
|---|---|
| | Blockchain encrypts the blocks that are added to the chain. Encryption here is the combination of public and private keys- public keys being the address of the users on the blockchain network. An address looks like **1K31KZXjcochXpRhjH9g5MxFFTHPi2zEXb.** Any transaction between the parties is recorded by their addresses which are difficult to track making the involved parties anonymous (That is why ransom was demanded in bitcoins to stop ransomware attacks).<br>https://www.esds.co.in/blog/everything-need-know-blockchain/<br><br>As shown below, the accused product is connected to a barrier and stores its GNSS location data. The accused product acts as a bridge between the physical barrier and the blockchain-based mobile application. When a user selects the barrier through a smartphone, the application sends an open command through the blockchain network, and the accused product opens the selected barrier. These related access transactions and location data is securely recorded on the blockchain.<br><br>**How it works** - even though FMB920 is designed to be mounted on vehicles, here the GPS tracker must be connected to existing control mechanisms on gates or barriers. It is equipped with a SIM card that connects it to the cellular network, allowing remote communication and control.<br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps- |

| | |
|---|---|
| | trackers-and-blockchain-technology<br><br>Platforms of blockchain technology, a universal communication standard for IoT devices, provide a secure and transparent platform for transactions and data exchange. It enables the issuing of virtual keys in the form of NFTs (Non-Fungible Tokens) to verified users. These virtual keys can perform actions, such as opening barriers, without the need for physical interaction or the presence of third-party security personnel. The inherent security features of the blockchain ensure that the keys cannot be duplicated or misused, as only authorised users can initiate and execute such transactions.<br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology<br><br>The dedicated mobile app is a user interface allowing individuals to interact with the system via smartphones. Users can open barriers remotely using the app, which communicates the command via the blockchain to Teltonika device that controls the barrier. The app's functionality includes generating single-use keys for temporary access, which is particularly useful for guests or emergencies where immediate access is required without compromising security.<br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology |

| | |
|---|---|
| | Finally, smartphones play a crucial role in this system, serving as the device through which users interact with the dedicated app. Thanks to it, the rushing drivers can select the barrier they want to open on a virtual map, and the app communicates this command to the blockchain network, which then signals FMB920 tracker to open the chosen barrier.<br><br>This direct communication between the smartphone and the barrier mechanism, facilitated by GPS trackers and blockchain technology, allows a seamless, secure, and efficient way of access control. For example, an ambulance crew responding to an incident can open a barrier remotely using a smartphone without stopping and wasting valuable time, while saving the lives and health of people in need.<br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology |

| | |
|---|---|
| | <br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology |

| | |
|---|---|
| | TELTONIKA EN CONTACT US<br><br>In summary, this solution combines the reliability and connectivity of Teltonika FMB920 tracking device with the security and transparency of blockchain technology, and the accessibility of smartphones to create a sophisticated, efficient, and secure access control system suitable for smart city, business, or individual applications, as well as utility transport, and emergency services.<br><br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology |
| an accelerometer disposed within the body to detect acceleration of the body, wherein the accelerometer stores acceleration data on the blockchain. | The accused product discloses an accelerometer (e.g., an accelerometer of the accused product) disposed within the body to detect acceleration (e.g., an accelerometer of the accused product) of the body (e.g., detect movement of the body of the accused product), wherein the accelerometer stores acceleration data (e.g., acceleration measurements, harsh events, crash-events, etc.) on the blockchain.<br><br>As shown below, the accused product comprises an accelerometer disposed within its body. The accelerometer continuously monitors and processes movement data. Upon information and belief, when a harsh movement or crash condition is detected, an event record is generated and stored on the blockchain as a secure, tamperproof record. |

| | |
|---|---|
| | **Teltonika FMB920**<br><br>**Small and Smart Tracker with Bluetooth and Accelerometer**<br><br>The FMB920 is a compact, slim-design GPS tracker equipped with internal GNSS/GPS antennas, flash memory, an integrated backup battery, an accelerometer, inputs/outputs, and support for various BLE 4.0 connectivity sensors and beacons. This 'EASY' category tracker offers significant value for GPS telematics service providers and end-users.<br><br>https://manuals.plus/m/82d9b7a27f16f5f8d032911bbb7741a44b1adc04c75535d4a842c43dbea7f653 |

## Features

## Sensors

Accelerometer

https://manuals.plus/m/82d9b7a27f16f5f8d032911bbb7741a44b1adc04c75535d4a842c43dbea7f653

The model has been designed for light commercial vehicles and passenger cars tracking in insurance telematics, rental and cars sharing, recovery of stolen cars, public safety and courier delivery services, taxi, corporate fleets, etc. The true bestseller FMB920 is compact, reliable, accurate, and affordable – the qualities appreciated by our clients throughout the world.




https://manuals.plus/m/

| | |
|---|---|
| | 82d9b7a27f16f5f8d032911bbb7741a44b1adc04c75535d4a842c43dbea7f653   https://www.teltonika-gps.com/products/trackers/basic/fmb920 |

| | |
|---|---|
| | **Hardware features:**<br>• Built-in movement sensor;<br>• Built-in Bluetooth 4.0;<br>• Internal High Gain GNSS antenna;<br>• Internal High Gain GSM antenna;<br>• 128 MB Flash (422 400 Records);<br>• 170 mAh Li-ion rechargeable 3.7 V battery.<br>https://wiki.teltonika-gps.com/view/FMB920_General_description |

| | |
|---|---|
| | Designed for light commercial vehicles and passenger cars, it is ideal for applications such as insurance telematics, rental and car sharing services, stolen vehicle recovery, public safety, courier delivery, taxi fleets, and corporate fleets. The FMB920 is recognized globally for its compact size, reliability, accuracy, and affordability.<br><br>The device features Bluetooth connectivity for external devices and Low Energy sensors. It can operate without an external power source thanks to its integrated backup battery. A crash detection functionality works using accelerometer data. The device also allows reading CAN bus data from the vehicle ECU via Bluetooth using an OBDII dongle.<br><br>https://manuals.plus/m/82d9b7a27f16f5f8d032911bbb7741a44b1adc04c75535d4a842c43dbea7f653<br><br>**Data output**<br><br>Data from accelerometer/GPS are continuously monitored and processed and are used to decide whether a harsh event has occurred. If either of three cases is satisfied, an event is generated and a record is saved and sent to the server (FMB920 must be properly configured in order to send the record). Event value is multiplied by 100 before sending/saving records to get more precision when displaying data.<br><br>https://wiki.teltonika-gps.com/FMB920_Features_settings |

| | |
|---|---|
| | FMB920 integration into blockchain ensures secure transactions and operations, as it can recognise and respond to commands issued by verified users on the network. Teltonika tracker provides the location coordinates of a specific barrier, acting as a bridge between the physical barrier and the digital control provided by the blockchain and a dedicated mobile app.<br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology<br><br>**BENEFITS**<br><br>• **Enhanced security** - blockchain's immutable ledger ensures secure, tamper-proof data transactions for access control.<br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology |

| | |
|---|---|
| | TELTONIKA EN CONTACT US<br><br>In summary, this solution combines the reliability and connectivity of Teltonika FMB920 tracking device with the security and transparency of blockchain technology, and the accessibility of smartphones to create a sophisticated, efficient, and secure access control system suitable for smart city, business, or individual applications, as well as utility transport, and emergency services.<br><br>https://www.teltonika-gps.com/use-cases/telematics/managing-public-spaces-with-gps-trackers-and-blockchain-technology |